LAW OFFICES OF MICHAEL ANTHONY HERNANDEZ
Michael Anthony Hernandez, SBN 234579
The Emerald Plaza
402 W. Broadway, Suite 1720
San Diego, California 92101
Tel.: (619) 341-3149
Fax: (619) 996-2200
Michael@DefenseAttorneySD.com

Attorney for Defendant
Angelica Guerrero

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Todd W. Robinson)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA GUERRERO,<br><br>Defendant. | Case No. 24cr2320-TWR<br><br>UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Defendant Angelica Guerrero, through her undersigned counsel of record, hereby submits this motion to modify the conditions of her pretrial release. Ms. Guerrero is currently on pretrial release and is supervised by the PreTrial Services office in the Southern District of California.

Ms. Guerrero seeks modification of the conditions of her release to allow her to travel from her residence in California to Mexicali, Mexico. Ms. Guerrero would travel to

1

Mexicali beginning Monday, December 29, 2025, and would return on Sunday, January 4, 2026.

Ms. Angelica Guerrero is serving as her own surety. As such, she understands the loss of her bond as well as the other consequences that will attach should she violate the conditions of her pretrial release.

Counsel for Ms. Guerrero has contacted Pre Trial-Services Officer Cynthia Cera and she is not opposed to Ms. Guerrero's travel plans.

Counsel for Ms. Guerrero has contacted AUSA Sean Van Demark, who is also not opposed to Ms. Guerrero's travel plans.

Ms. Guerrero therefore moves this court to modify the conditions of her pretrial release as follows:

*Ms. Guerrero may travel to Mexicali, Mexico for the purpose of spending the New Year holiday with family. Ms. Guerrero is authorized to travel beginning Monday, December 29, 2025, and must return no later than 11:59 p.m. on Sunday, January 4, 2026. Ms. Guerrero shall check in with Pretrial Services as directed by that office.*

Counsel will submit a proposed order to chambers.

Respectfully submitted,

Dated: December 15, 2025         /s/ Michael Anthony Hernandez
                                 Michael Anthony Hernandez, Esq.
                                 Attorney for Defendant
                                 Angelica Guerrero